IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **TERRI GILLESPIE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | CIVIL NO. 15-cv-723-CJP[1] |
| | ) | |
| **CAROLYN W. COLVIN, Acting Commissioner of Social Security,** | ) ) | |
| | ) | |
| **Defendant.** | ) | |

## MEMORANDUM AND ORDER

**Proud, Magistrate Judge:**

This matter is now before the Court on the parties' Agreed Motion for Remand. **(Doc. 31)**.

The parties agree that this case should be remanded to the agency for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). A sentence four remand (as opposed to a sentence six remand) depends upon a finding of error, and is itself a final, appealable order. See, *Melkonyan v. Sullivan*, 501 U.S. 89 (1991); *Perlman v. Swiss Bank Corporation Comprehensive Disability Protection Plan*, 195 F.3d 975, 978 (7th Cir. 1999). Upon a sentence four remand, judgment should be entered in favor of plaintiff. *Schaefer v. Shalala*, 509 U.S. 292, 302-303 (1993).

The parties agree that, upon remand, plaintiff will have the opportunity to submit additional evidence and arguments, as well as the opportunity for a

---
[1] This case was assigned to the undersigned for final disposition upon consent of the parties pursuant to 28 U.S.C. §636(c). See, Doc. 17.

1

hearing.  They agree that an ALJ will "(1) further evaluate the nature and severity of Plaintiff's fibromyalgia; (2) further evaluate the medical opinion evidence of Drs. Kuester and Brister; (3) reassess Plaintiff's residual functional capacity; (4) if warranted, obtain supplemental evidence from a vocational expert; and (5) issue a new decision.

The Court notes that plaintiff applied for disability benefits in October 2011.  (Tr. 15).  Plaintiff's application has now been pending for almost four and one-half years.  While recognizing that the agency has a full docket, the Court urges the Commissioner to expedite this case on remand.

For good cause shown, the parties' Agreed Motion for Remand **(Doc. 31)** is **GRANTED**.

The final decision of the Commissioner of Social Security denying Terri E. Gillespie's application for social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence **four** of 42 U.S.C. §405(g).

The Clerk of Court is directed to enter judgment in favor of plaintiff.

**IT IS SO ORDERED.**

**DATED:  March 3, 2016.**

                                                                              s/ Clifford J. Proud
                                                                              **CLIFFORD J. PROUD**
                                                                              **UNITED STATES MAGISTRATE JUDGE**